PAUL ABERBACH et al., Appellants, v. BRAHNA ABERBACH, Respondent.—

Concur — Stevens, P. J., Eager, Capozzoli, Tilzer and Bastow, JJ.